IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2023 NOV -2 P 2: 59

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ORLANDO JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-055 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; CORE CIVIC | ) | |
| SECURITY; SHERRY SHEPARD; | ) | |
| DOCTOR NEAU; and C/O SPIKES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 24, 26.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion to show cause for a preliminary injunction and temporary restraining order. (Doc. no. 17.)

SO ORDERED this ____2nd____ day of November, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE