U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
3:04 PM
January 22, 2024
Mnyao Akins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ORLANDO JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-055 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; GEORGIA DEPARTMENT OF CORRECTIONS; CORE CIVIC SECURITY; SHERRY SHEPARD; DOCTOR NEAU; and C/O SPIKES, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22nd day of January, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE