AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ORLANDO JEFFERSON,

Plaintiff,

v.

WHEELER CORRECTIONAL FACILITY et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV323-55

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 22, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint for failure to state a claim upon which relief may be granted. This civil action stands closed.

| January 22, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020